IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Western

FILED BY ___ D.C.

05 JUL 11 PM 4:46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 2:04cr20189-Ma

Bryant Faulkner

---

### ORDER REFUNDING CASH APPEARANCE BOND

---

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $600.00, payable to Bryant Faulkner at 1387 Central Avenue, Apt 910, Memphis, TN 38104 in full refund of the cash appearance bond posted herein.

                                                                         _/s/_____
                                                                     United States District Judge
                                                                     Samuel H. Mays, Jr.

Date: July 11, 2005

Approved.
Thomas M. Gould, Clerk of Court

BY: _____
    Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___7-12-05___



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 2:04-CR-20189 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT